DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHELLE RENE MACK,

Appellant,

v.

DEPARTMENT OF REVENUE and TODD ALTON MOUZON, SR.,

Appellees.

No. 2D2024-0588

_____

November 27, 2024

Appeal from the Department of Revenue.

Michelle Rene Mack, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Child Support Enforcement, Fort Lauderdale, for Appellee Department of Revenue.

No appearance for Appellee Todd Alton Mouzon, Sr.

KHOUZAM, Judge.

Dismissed without prejudice to Appellant's right to seek relief in the circuit court. *See White v. Dep't of Revenue*, 390 So. 3d 744 (Fla. 1st DCA 2024).

MORRIS and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.